NO. 07-07-0376-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 28, 2008

______________________________


HEATH JAMES GRIMES,

                                                                                                 Appellant

v.

THE STATE OF TEXAS,

                                                                                                 Appellee

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

NO. 2006-1659-L; HON. RONALD WALKER, JR., PRESIDING


_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
          Appellant Heath James Grimes was convicted of misdemeanor theft of property
of the value of $50 or more but less than $500. On September 4, 2007, appellant filed
a notice of appeal. The State has filed a motion to permanently abate this appeal and
attached a death certificate stating that appellant died on January 5, 2008. At the time
of his death, no mandate from this appellate court had been issued.
          If an appellant in a criminal case dies after an appeal is perfected but before the
mandate of the appellate court is issued, the appeal should be permanently abated. Tex.
R. App. P. 7.1(a)(2). The death of an appellant during the pendency of his appeal deprives
an appellate court of jurisdiction. Hanson v. State, 790 S.W.2d 646 (Tex. Crim. App.
1990). The appeal and any further proceedings are ordered permanently abated.
 
                                                                           Brian Quinn
                                                                          Chief Justice

Do not publish.